Michael J. McCue (Nevada Bar No. 6055)
MMcCue@LRLaw.com
John L. Krieger (Nevada Bar No. 6023)
JKrieger@LRLaw.com
Jonathan W. Fountain (Nevada Bar No. 10351)
JFountain@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
(702) 949-8200
(702) 949-8398 fax

Attorneys for Plaintiff
Nevada Property 1 LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| NEVADA PROPERTY 1 LLC, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>        v.<br><br>NEWCOSMOPOLITANLASVEGAS.COM, an unknown person or entity,<br><br>                    Defendant. | Case No. 2:12-cv-00866<br><br>**TEMPORARY RESTRAINING ORDER, ORDER PERMITTING ALTERNATIVE SERVICE AND ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
|---|---|

**UPON CONSIDERATION** of Plaintiff's <u>Emergency</u> Motion For *Ex Parte* Temporary Restraining Order Without Notice, Motion For A Preliminary Injunction, And Motion For Leave To Serve Defendant By Email, the supporting memorandum of points and authorities, the supporting declaration of Anthony Pearl and the exhibits attached thereto, the record in this case, and for other good cause shown;

**THE COURT HEREBY FINDS THAT:**

1.       Plaintiff will suffer irreparable injury to its valuable trademarks and associated goodwill if Defendant is not enjoined and restrained from transferring the <newcosmopolitanlasvegas.com> domain name to other domain name registrars or registrants and from using the domain name;

2.	Plaintiff is likely to succeed on the merits of its claim for cybersquatting;

3.	The balance of hardships tips in Plaintiff's favor because a temporary restraining order would merely prohibit Defendant from using the <newcosmopolitanlasvegas.com> domain name temporarily but the failure to issue a temporary restraining order would cause Plaintiff to suffer additional irreparable injury and incur additional expense if the domain name is transferred to other registrants or registrars located beyond the Court's jurisdiction, requiring Plaintiff to file additional lawsuits in other jurisdictions; and

4.	The issuance of a temporary restraining order is in the public interest because it would protect consumers against deception and confusion in the marketplace arising from the Defendant's use of the <newcosmopolitanlasvegas.com> domain name by persons other than Plaintiff;

**THEREFORE, IT IS HEREBY ORDERED THAT**:

A.	Jiangsu Bangning Science & Technology Co. Ltd. (the domain name registrar) and/or VeriSign, Inc. (the .com domain name registry) shall immediately remove or disable the current domain name server information to the registration for the <newcosmopolitanlasvegas.com> domain name, place the domain name on hold and lock, and deposit it into the registry of the Court; and

B.	Defendant, and all of his, her, or its respective partners, officers, agents, servants, employees, and all other persons acting in concert or participation with Defendant, are hereby temporarily restrained and enjoined from registering or trafficking in any domain name containing the COSMOPOLITAN Marks or any confusingly similar variations thereof, alone or in combination with any other letters, words, phrases or designs; and

**IT IS HEREBY FURTHER ORDERED THAT:**

A.	Plaintiff shall post a bond of $100, based on the evidence establishing that Defendant will only suffer minimal damage, if any, by the issuance of this temporary restraining order.  This requirement may be satisfied by tendering $100 cash to the Clerk of the Court pursuant to Local Rule 67-1.

B.	Plaintiff shall serve the Summons, Complaint, this Order, Plaintiff's <u>Emergency</u>

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

1  Motion For *Ex Parte* Temporary Restraining Order Without Notice, For A Preliminary Injunction,
2  And For Leave To Serve Defendant By Email, the Declaration of Anthony Pearl, and all other or
3  further papers and pleadings in this case upon Defendant by e-mail transmission to the following
4  email addresses: (1) newcosmopolitanlasvegas@whoisproteectionservice.org; and (2)
5  cosmopolitan@newcosmopolitanlasvegas.com.  Such service shall be fully effective and shall be
6  deemed in full compliance with the requirements of Rule 4 of the Federal Rules of Civil
7  Procedure.

      C.  The parties shall appear for hearing and oral argument on Plaintiff's motion for a preliminary injunction on June 1, 2012, at 11:00 a.m. in Courtroom 6A at the Lloyd D. George Federal Courthouse, 333 South Las Vegas Boulevard, Las Vegas, Nevada;

      D.  Defendant shall file and serve its opposition to Plaintiff's motion for preliminary injunction, if any, no later than May 29, 2012; and Plaintiff shall file and serve its reply brief no later than May 31, 2012, at 12:00 p.m.

ENTERED May 23, 2012, at 3:00 p.m.

_____
**UNITED STATES DISTRICT JUDGE**