# UNITED STATES DISTRICT COURT

DISTRICT OF  Nevada

Nevada Property 1 LLC

Plaintiff,

V.

newcosmopolitanlasvegas.com,

Defendant.

**JUDGMENT IN A CIVIL CASE**
Attorney Fees

Case Number: 2:12-cv-00866-JCM-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that attorneys fees are awarded to Plaintiff Nevada Property 1 LLC and against Defendant newcosmopolitanlasvegas.com in the amount of $14,776.20.

January 15, 2013

Date

/s/ Lance S. Wilson

Clerk

/s/ Erin Smith

(By) Deputy Clerk